**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Jeremy** | **Campbell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christina** | **Lea** | **Campbell** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7         12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:  List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Clinchfield Federal Credit Union**<br><br>Description of property securing debt: **2005 Ford F250 65000 miles Debtor's Father is the driver of this automobile and makes the payments directly to the credit union.**<br>**NADA: $16,800.00** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Keep and Continue Payments** | ■ No<br>☐ Yes |
| Creditor's name: **Knoxville TVa Credit Union**<br><br>Description of property securing debt: **2015 Dodge Charger 6600 miles**<br>**NADA: $23,725.00** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Toyota Motor Credit** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a | ■ No<br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7                           page 1

B8 (Form 8) (12/08)                                                                                                                   Page 2

| | | | |
|---|---|---|---|
| Description of property securing debt: | **2015 Toyota Tacoma 5200 miles NADA: $35,600.00** | *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wells Fargo Home Mortgage** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **3236 Unicoi Drive Unicoi, TN 37692  Unicoi County Tax Assessment: $83,800.00 Additional Lot: $23,100.00** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wyndham Vacation** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Timeshare in Pigeon Forge TN** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wyndham Vacation** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Description of property securing debt: | **Timeshare in Pigeon Forge TN** | | |

**Part 2:  List Your Unexpired Personal Property Leases**
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name: | ☐ No |

B8 (Form 8) (12/08)

Page 3

Description of leased Property:    ☐ Yes

Lessor's name:    ☐ No
Description of leased Property:    ☐ Yes

| Part 3: | **Sign Below** |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Steven Jeremy Campbell**                     X **/s/ Christina Lea Campbell**
**Steven Jeremy Campbell**                              **Christina Lea Campbell**
Signature of Debtor 1                                        Signature of Debtor 2

Date    **February 18, 2016**                          Date    **February 18, 2016**

Official Form 108        **Statement of Intention for Individuals Filing Under Chapter 7**        page 3

# United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Steven Jeremy Campbell / Christina Lea Campbell**
Debtor(s)

Case No.
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **February 18, 2016**, a copy of **Chapter 7 Individual Debtors Statement of Intention** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Clinchfield Federal Credit Union**
**1038 N Main St**
**Erwin, TN 37650**

**Knoxville TVa Credit Union**
**301 Wall Ave**
**Knoxville, TN 37902**

**Toyota Motor Credit**
**810 Crescent Centre Dr S**
**Franklin, TN 37067**

**Wells Fargo Home Mortgage**
**8480 Stagecoach Cir**
**Frederick, MD 21701**

**Wyndham Vacation**
**10750 W Charleston Suite 130**
**Las Vegas, NV 89135**

**/s/ Jared Williams TN**
**Jared Williams TN 031699**
**Jim Williams & Associates, LLC**
**255 Broad Street**
**Kingsport, TN 37660**
**423-230-0006 Fax:423-230-0009**
**jared@tnvaattorney.com**